UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: SEARCH WARRANT | Misc. No. 1:18MJ425-LDA

MOTION TO UNSEAL

The search warrant application, supporting affidavit, warrant and return in this matter are under seal at the request of the United States. The United States respectfully moves this Court to unseal these materials so the government may fulfill its discovery obligations in United States v. Bishwajeet Jha, et al..

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

STEPHEN G. DAMBRUCH
United States Attorney

/s/ Sandra R. Hebert
SANDRA R. HEBERT
Assistant U.S. Attorney

SO ORDERED:

_____        DATE: 12/6/2018
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE